**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANGIEANNIA K. CLARKE,

               Plaintiff,

v.                                       Case No:  6:17-cv-616-Orl-40GJK

COMMISSIONER OF SOCIAL
SECURITY,

               Defendant.

_____/

## ORDER

This cause is before the Court on Claimant's Appeal from a final decision of the Commissioner of Social Security's denial of her application for Social Security Disability Insurance benefits (Doc. 25) filed on April 7, 2017. The United States Magistrate Judge has submitted a report recommending that the final decision be reversed and these proceedings remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed March 8, 2018 (Doc. 25), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The final decision of the Commissioner is **REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

3.     The Clerk is **DIRECTED** to enter judgment for Claimant and close the file.

**DONE AND ORDERED** in Orlando, Florida on March 23, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties