UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANGIEANNIA K. CLARKE,

    Plaintiff,

v.                              Case No: 6:17-cv-616-Orl-40GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412(d) (Doc. 28) filed on May 3, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection to Report and Recommendation (Doc. 30) was filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 10, 2018 (Doc. 29), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. 2412(d) (Doc. 28) is **GRANTED IN PART AND DENIED IN PART**.

3. The Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412(d) (Doc. 28) is **GRANTED** only to the extent that the Court awards EAJA attorney's fees to Plaintiff, as the prevailing party, in the sum of **$6,492.75**. The motion is otherwise **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on May 11, 2018.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties